# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 1, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152693(19)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

       SC: 152693
       COA: 328701
       Grand Traverse CC: 2014-011931-FC

ANDREA ASHLEY LIMON,
       Defendant-Appellant.

_____/

      On order of the Chief Justice, the motion of defendant-appellant for leave to file an application for leave to appeal in excess of the page limit restriction is DENIED, and the 95-page application submitted on November 20, 2015, is stricken. Defendant-appellant shall have 21 days from the date of this order to submit a new application that is limited to no more than 75 pages in length.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2015

